The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNTED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB HARLEY SHOOK,<br><br>Defendant. | NO. CR10-240MJP<br><br>ORDER TO EXTEND DUE DATE |

The Court, having considered the facts in support of the request and other facts apparent from the record, grants the request for an extension.

IT IS HEREBY ordered that the deadline for the Government to respond to Defendant's Motion to Suspend and/or Defer His Restitution Obligation (Dkt. 24) is extended to no later than July 6, 2018 and the Defendant's Motion is re-noted for July 27, 2018.

DATED this 6th day of July, 2018.

*/s/ Marsha J. Pechman*
HON. MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT JUDGE

Order to Extend Due Date - 1
*Jacob Harley Shook,* CR10-240MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*/s/ C. Andrew Colasurdo*
C. ANDREW COLASURDO
Assistant United States Attorney

Order to Extend Due Date - 2
*Jacob Harley Shook,* CR10-240MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970