|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR10-240 MJP |
|---|---|
| Plaintiff, | ORDER ON MOTION TO SUSPEND/DEFER RESTITUTION PAYMENTS |
| v. | |
| JACOB HARLEY SHOOK, | |
| Defendant. | |

Defendant is currently serving a 180-month sentence following his conviction (by plea of guilty) to Pharmacy Robbery, Brandishing a Firearm in Furtherance of a Crime of Violence, and Felon in Possession of a Firearm. He has filed a motion requesting the Court to suspend/defer his restitution obligation (which currently has a balance of $2,781) until his release from prison.

The Court, having received and reviewed Defendant's motion, the Government's response, and relevant portions of the record, rules as follows:

IT IS ORDERED that Defendant's motion is DENIED.

The Court denies Defendant's motion on multiple grounds. First, Defendant has identified no "material change in [his] economic circumstances that might affect [his] ability to pay restitution." 18 U.S.C. § 3664(k). Second, it appears that Defendant simply wants more of the money that is being sent to him for his own use while deferring his restitution obligation. This strikes the Court as neither fair nor consistent with the goals of the Congressional statutory scheme for inmate payment of restitution. *See* 18 U.S.C. § 3664 *et seq.*

Finally, it appears that the Bureau of Prisons has already exercised its discretion in reducing Defendant's restitution payment below the amount it could be charging him. (*See* Dkt. No. 27, Government's Response at 5.) The Court agrees with the Government: "The $75 per month [Defendant] is currently required to pay is not unreasonable, nor does it violate this court's judgment." Id.

Defendant's motion is denied.

The clerk is ordered to provide copies of this order to Defendant and to all counsel.

Dated July 27, 2018.

The Honorable Marsha J. Pechman
United States Senior District Court Judge